UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN ANTHONY ROBINSON, | ) Case No. EDCV 09-0033-DDP(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| STANLEY SNIFF, SHERIFF, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: <u>April 17, 2009</u>

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-0033.jud
1/9/09